

John Heenan
Joseph P. Cook
**HEENAN & COOK**
1631 Zimmerman Trail
Billings, Montana 59102
(406) 839-9091
john@lawmontana.com
joe@lawmontana.com ✗

David P. Legare
**DAVID LEGARE LAW**
100 N. 27th Street, Suite 550
P.O. Box 1080
Billings, MT 59103-1080
(406) 294-9450
dplegare@legarelaw.com ✓

*Attorney for Plaintiffs Cooks, Hesters,†
Fredricks, Reinhardts, Degnan, Eisenmans,
Wanzenried, Schneeman, Lenhart & McRaes*

Tucker Gannett
Amanda Beckers Sowden
**GANNETT SOWDEN LAW**
3936 Avenue B, Suite A
Billings, MT 59102
(406) 294-2000
tucker@hgvlawfirm.com
amanda@hgvlawfirm.com

Carey E. Matovich
Ryan J. Gustafson
**MATOVICH KELLER & HUSO**
P.O. Box 1098
Billings, Montana 59103
(406) 252-5500
cmatovich@mkhattorneys.com
rgustafson@mkhattorneys.com

*Attorneys for Plaintiffs Loendorf & Stevens*

CLERK OF THE
DISTRICT COURT
TERRY HALPIN
FILED
DEPUTY

## MONTANA THIRTEENTH JUDICIAL DISTRICT COURT
## YELLOWSTONE COUNTY

| | |
|---|---|
| RALPH AND BARBARA COOK, DAVID AND HELEN HESTER, SUSAN FREDRICKS, KEVIN AND MELISSA REINHARDT, WALTER DEGNAN, WAYNE AND CAROL EISENMAN, DAVE WANZENRIED, BARBARA SCHNEEMAN, REBECCA LENHART, RICHARD AND DEBRA McRAE, JOSEPH AND SHARLENE LOENDORF, ABRAM AND KATHY STEVENS,<br><br>Plaintiffs,<br><br>v.<br><br>EMPLOYERS MUTUAL CASUALTY COMPANY, S.D. HELGESON, INC. d/b/a STAN HELGESON HOMES, SRKM, INC. d/b/a HELGESON HOMES,<br><br>Defendants. | Case No.: **DV 20-0366**<br><br>Judge: **Colette B. Davies**<br><br>**COMPLAINT FOR DECLARATORY RELIEF** |

Plaintiffs complain against Defendants as follows:

1.      This Complaint seeks declaratory relief pursuant to MCA 27-8-201 because an actual controversy exists and the parties need this Court's declaration that their rights, status and legal relations pursuant to an insurance policy issued by Defendant Employers Mutual Casualty Company, ("EMC") an insurer licensed to do business, and doing business, in Montana.

2.      At issue in this Complaint are multiple commercial general liability insurance policies ("the EMC policies") provided by EMC to S.D. Helgeson, Inc. d/b/a Stan Helgeson Homes and SRKM, INC. d/b/a Helgeson Homes (collectively "Helgeson").

3.      Plaintiffs are residents and citizens of Yellowstone County, Montana. Plaintiffs are all homeowners in the Golden Acres and Falcon Ridge subdivisions in Yellowstone County, Montana. Each had their home built by Helgeson. Each of Plaintiffs' homes has suffered and/or is at risk of suffering damage due to structural issues. Plaintiffs have all incurred damages as a result of defects and/or structural issues associated with their homes. The collective damages associated with these defects exceed $3,000,000.

4.      Helgeson is a Montana corporation licensed to do business in the State of Montana and is a citizen of Yellowstone County, Montana.

5.      EMC is a foreign insurer.

6.      Plaintiffs have all presented claims against Helgeson for breach of contract and negligence related to the defects associated with their respective homes.

7.      EMC is providing a defense to Plaintiffs' claims against Helgeson under the EMC policies under a reservation of rights.

8.      Plaintiffs have all made offers to resolve their claims well within the EMC policies'

2

$10,000,000 limit.

9.     EMC has sought to diminish the value of Plaintiffs' claims by arguing that there is no coverage or duty to indemnify Helgeson under the EMC policies.

10.     EMC filed a declaratory judgment action against Helgeson in federal court in the case captioned *EMC v. S.D. Helgeson, Inc. et al.,* Cause No. 10-129-SPW-TJC ("the EMC Federal Dec Action"). Plaintiffs are not parties to the EMC Federal Dec Action. Plaintiffs requested permission to join the EMC Federal Dec Action because that action potentially affects their rights and remedies as third party beneficiaries under the EMC policies. EMC refused to allow Plaintiffs to intervene.

11.     Plaintiffs are informed and believe that EMC has erroneously interpreted the EMC policies in place with Helgeson, misread the terms of the policies and broadly interpreted, to its individual benefit, language of limitation and exclusion, contrary to Montana law, and wrongfully refused to tender the available proceeds of the policies and/or indemnify Helgeson in response to Plaintiffs' claims.

12.     Plaintiffs and their counsel have incurred, and will continue to incur, attorney fees and legal expense in the prosecution of this action seeking a declaration of their rights, status and legal relations pursuant to the insuring agreement at issue in this declaratory action.

WHEREFORE, Plaintiffs respectfully requests the Court's declaratory judgment that EMC is obligated to fully indemnify Helgeson for Plaintiffs' claims within the applicable liability policy limits without further delay. Plaintiffs further request attorney's fees, costs, interest, and pre-judgment interest as well as any and all further relief as the Court deems proper.

3

DATED this _10^TH_ day of March, 2020.

HEENAN & COOK

/s/ John Heenan

John Heenan
HEENAN & COOK
1631 Zimmerman Trail
Billings, Montana 59102
Phone: (406) 839-9091
Email: john@lawmontana.com

4